UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MARVIN CHONES, and             Chapter 13
YVONNE CHONES                Case No. 07-58941-PJS
                                           Hon. Phillip J. Shefferly

           Debtors.
_____/

## DEBTORS' OBJECTION TO CLAIM OF THE EDUCATION RESOURCES INSTITUTE (CLAIM NO. 37)

Debtors, Marvin and Yvonne Chones, by and through their counsel, OSIPOV BIGELMAN, P.C., and for their objection to the claim of The Education Resources Institute state:

1. A proposed Order granting this objection is attached as Exhibit A.

2. Debtors filed for relief pursuant to Chapter 13 on September 22, 2007 and their Plan of Reorganization was confirmed on January 12, 2008.

3. The claim of The Education Resources Institute, filed on May 27, 2008 was filed late. The last date to file claims was January 31, 2008.

WHEREFORE, Debtors request that this Honorable Court enter an Order granting Debtors' Objection to the claim of The Education Resources Institute.

Date: February 3, 2009                  /s/ Christopher F. Nelson
                                                     YULIY OSIPOV (P59486)
                                                     CHRISTOPHER F. NELSON (P70034)
                                                     for OSIPOV BIGELMAN, P.C.
                                                     20700 Civic Center Drive, Ste. 310
                                                     Southfield, MI 48076
                                                     Tel: (248) 663-1800/Fax: (248) 663-1801
                                                     yo@osbig.com
                                                     cfn@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MARVIN CHONES, and
YVONNE CHONES

Chapter 13
Case No. 07-58941-PJS
Hon. Phillip J. Shefferly

Debtors.
_____/

**ORDER GRANTING DEBTOR'S OBJECTION
TO CLAIM OF THE EDUCATION RESOURCES INSTITUTE (CLAIM NO. 37)**

Debtors filed and served a Notice of Objection to Claim of The Education Resources Institute (Claim No. 37) pursuant to LBR 3007-1). A hearing was scheduled for **March 24, 2009 at 11:00 a.m.** A written response to the objection was not timely served upon Debtor's counsel no later than ten (10) days before the date set for hearing on the objection. Accordingly, the hearing is cancelled and the Court deems that the creditor consents to the relief requested in the objection.

IT IS HEREBY ORDERED:

1. Debtors' objection to the claim of The Education Resources Institute is Granted.

2. The claim of The Education Resources Institute is hereby reduced in the amount of $11,817.80.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MARVIN CHONES, and             Chapter 13
YVONNE CHONES             Case No. 07-58941-PJS
           Hon. Phillip J. Shefferly

         Debtors.
_____/

## NOTICE OF OBJECTION TO CLAIM OF EDUCATION RESOURCES INSTITUTE (CLAIM NO. 37)

Marvin and Yvonne Chones have filed an objection to your claim in this bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to deny or change your claim, then on or before a date no later than ten (10) days before the court hearing set below, you or your lawyer must:

1. File with the Court a written response or an answer, explaining your position at:[1]

    United States Bankruptcy Court
    211 West Fort Street
    Detroit, MI 48226

    If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it within the above-referenced time period.

2. Mail a copy to:

    Office of the Standing Chapter 13 Trustee     Christopher F. Nelson, Esq.
    Krispen S. Carroll, Trustee     Osipov Bigelman, P.C.
    719 Griswold, Suite 1100     20700 Civic Center Drive, Ste. 310
    Detroit, MI 48226     Southfield, MI 48076

3. Attend a hearing on the objection, scheduled to be held on **March 24, 2009 at 11:00 a.m.,** in **Courtroom 1975**. United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

           OSIPOV BIGELMAN, P.C.

           */s/ Christopher F. Nelson*
           Christopher F. Nelson (P70034)
           Debtors' Attorney
           20700 Civic Center Drive, Ste. 310
Date: February 3, 2009     Southfield, MI 48076
           Phone: (248) 663-1800
           Email: cfn@osbig.com

---

[1] Response or answer must comply with F.R.Civ.P.8(b)(c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

MARVIN CHONES, and       Chapter 13
YVONNE CHONES      Case No. 07-58941-PJS
     Hon. Phillip J. Shefferly

        Debtors.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2009, she electronically filed:

- Debtor's Objection to Claim of the Education Resources Institute (Claim No. 37)
- Notice of Debtor's Objection to Claim of the Education Resources Institute (Claim No. 37)
- Certificate Of Service

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee      Office of the Chapter 13 Trustee
211 W. Fort Street, Suite 700      Krispen S. Carroll, Trustee
Detroit, MI 48226      719 Griswold, 1100 Dime Bldg.
     Detroit, MI 48226

and also hereby certify that I have mailed the above-referenced documents by First Class Mail with the United States Postal Service to the following non-ECF participants:

Marvin and Yvonne Chones      The Education of Resources Institute
5679 Dowling      31 St. James Ave.
Westland, MI 48185      Boston, MA 02116


Dated February 3, 2009      /S/ Tijuana A. Crawford
     TIJUANA A. CRAWFORD for
     OSIPOV BIGELMAN, P.C.
     20700 Civic Center Drive, Suite 310
     Southfield, MI 48076
     Tel: 248.663.1800/Fax: 248.663.1801
     tc@osbig.com