UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

MARVIN CHONES  Chapter 13
YVONNE CHONES  Case No 07-58941-PJS
        Debtors  Hon. Phillip J. Shefferly
_____/

## STIPULATION ALLOWING DEBTORS TO OBTAIN CREDIT

The above-captioned Debtors and Krispen S. Carroll, Standing Chapter 13 Trustee, hereby stipulate and agree to the entry of an Order Allowing Debtors to Obtain Credit, which is attached hereto as Exhibit A.

/s/ _____
Krispen S. Carroll (P49817)
Margaret Conti Schmidt (P42945)
Maria Gotsis (P67107)
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226
313/962-5035

/s/ Christopher F. Nelson
Christopher F. Nelson (P70034)
OSIPOV BIGELMAN PC
20700 CIVIC CENTER DR STE 310
SOUTHFIELD, MI 48076
248/663-1800/Fax 248-663-1801
cfn@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

| | |
|---|---|
| MARVIN CHONES | Chapter 13 |
| YVONNE CHONES | Case No. 07-58941-PJS |
| Debtors / | Hon. Phillip J. Shefferly |

## ORDER ALLOWING DEBTORS TO OBTAIN CREDIT

The above captioned Debtors having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and having sought to obtain credit pursuant to 11 U.S.C. 365 for the following reasons: Debtors need to replace their leased vehicle due to the expiration of the lease on June 23, 2009, consent of the Trustee having been obtained, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Debtor may obtain credit from Varsity Lincoln Mercury to lease a 2010 Mercury Milan.

2. Debtor shall make direct payments to the lender or its assigns.

3. No notice is required as this Order does not adversely impact upon the Plan or Creditors.

4. Debtor's monthly lease payment for the vehicle shall not exceed $487.34.

5. The length of the lease shall not exceed 36 months.

6. This Order shall be valid for Sixty (60) days after entry.

7. Debtor shall provide the Trustee with copies of the financing documents evidencing the terms of the lease, including the name and address of the lessor within 15 days of the closing of the lease.

8. In all other respects, the Order Confirming Plan, as last modified, shall remain in full force and effect.

## EXHIBIT A