UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

MARVIN CHONES, and            Chapter 13
YVONNE CHONES               Case No. 07-58941-PJS
                                       Hon. Phillip J. Shefferly
         Debtors.
_____/

**RESPONSE TO MOTION FROM THE AUTOMATIC STAY
AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001 (A)(3)**

Debtors, Marvin and Yvonne Chones, hereby respond to the Motion for Relief from the Automatic Stay as follows:

1. The allegations contained in paragraph one of the Motion are admitted as true.

2. The allegations contained in paragraph two of the Motion are admitted as true.

3. The allegations contained in paragraph three of the Motion are admitted as true.

4. No response required.

5. The allegations contained in paragraph five of the Motion are denied as untrue.

6. Debtors neither admit nor deny the allegations contained in paragraph two because Debtors are without sufficient knowledge regarding same.

7. The allegations contained in paragraph seven of the Motion are denied as untrue.

8. The allegations contained in paragraph eight of the Motion are denied as untrue.

9. Debtors neither admit nor deny the allegations contained in paragraph nine because Debtors are without sufficient knowledge regarding same.

10. Debtors neither admit nor deny the allegations contained in paragraph ten because Debtors are without sufficient knowledge regarding same.

11. The allegations contained in paragraph eleven of the Motion are admitted as true.

12. The allegations contained in paragraph twelve of the Motion are denied as untrue.

13. Debtors neither admit nor deny the allegations contained in paragraph thirteen because Debtors are without sufficient knowledge regarding same.

14. Debtors neither admit nor deny the allegations contained in paragraph fourteen because Debtors are without sufficient knowledge regarding same.

15. No response required.

16. Debtors neither admit nor deny the allegations contained in paragraph sixteen because Debtors are without sufficient knowledge regarding same.

17. Debtors neither admit nor deny the allegations contained in paragraph seventeen because Debtors are without sufficient knowledge regarding same.

WHEREFORE, Debtors request that the Motion For Relief From The Automatic Stay be denied.

Respectfully submitted,

OSIPOV BIGELMAN, P.C.

Dated: September 11, 2009     By:   /s/ Christopher F. Nelson
YULIY OSIPOV (P59486)
CHRISTOPHER F. NELSON (70034)
20700 Civic Center Drive, Ste. 310
Southfield, Michigan 48076
Tel: (248) 663-1800/Fax: (248) 663-1801
yo@osbig.com
cfn@osbig.com