UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| MARVIN CHONES | Chapter 13 |
| YVONNE CHONES | Case No. 07-58941-PJS |
| Debtors | Hon. Phillip J. Shefferly |
| _____/ | |

## **PROPOSED CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION**

Marvin and Yvonne Chones filed Chapter 13 Bankruptcy on September 22, 2007. The Debtors have filed papers with the court to modify their confirmed Chapter 13 Plan.

An Amended Order Confirming Plan was entered on April 1, 2008. Mr. Chones is employed by Ford Motor Company. Mr. Chones has recently had a reduction in his income. The Debtors can no longer meet their current plan payments. The Debtors' Plan is currently running timely.

The Debtors propose to modify their confirmed Plan pursuant to LBR 3015-2(b) as follows:

- Debtors' plan payments shall be reduced to $336.00 per semi-monthly pay period.
- Class eight general unsecured creditors shall be paid 28.5% of their duly filed and allowed claims with 0.00% interest per annum.
- There will be no adverse impact of the proposed plan modification on classes one, two, three, four, five, six or seven of creditors as the current Plan payment will provide the required dividend to all duly filed claims.
- There will be an adverse impact of the proposed plan modification on class eight of creditors as the current Plan payment will reduce the required dividend from 100% to approximately 28.5% to class eight general unsecured creditors.

(See attached liquidation analysis, worksheet and plan calculation)

In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

OSIPOV BIGELMAN, P.C.

/s/ Christopher Nelson
YULIY OSIPOV (P59486)
CHRISTOPHER NELSON (P70034)
Osipov Bigelman, P.C.
20700 Civic Center Drive, Suite 310
Southfield MI, 48076
yo@osbig.com
cfn@osbig.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

MARVIN CHONES            Chapter 13
YVONNE CHONES            Case No. 07-58941-PJS
    Debtors               Hon. Phillip J. Shefferly
_____/

### Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

  Marvin and Yvonne Chones filed Chapter 13 Bankruptcy on September 22, 2007. The Debtors have filed papers with the court to modify their confirmed Chapter 13 Plan.

  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

  If you do not want the Court to allow the Proposed Post-Confirmation Plan Modification, or if you want the Court to consider your views on the Proposed Post-Confirmation Plan Modification, within twenty (20) days from the date of service of the Notice, you or your attorney must:

  1. File with the Court a written response or request for hearing, explaining your position at:[1]
      United States Bankruptcy Court
      211 W. Fort Street, Suite 700
      Detroit, Michigan 48226

  2. Mail a copy to:

| | |
|---|---|
| Office of the Chapter 13 Standing Trustee | Christopher Nelson, Esq. |
| Krispin S. Carroll, Trustee | OSIPOV BIGELMAN, P.C. |
| 719 Griswold, 1100 Dime Bldg. | 20700 Civic Center Drive, Suite 310 |
| Detroit, MI 48226 | Southfield MI, 48076 |

  3. If a response or request for hearing is timely filed and served, the clerk will schedule a hearing on the Notice of Proposed Chapter 13 Plan Modification and you will be served with a notice of the date, time and location of the hearing.

  **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Notice and may allow the modification.**

October 8, 2009                     OSIPOV BIGELMAN, P.C.

                         /s/ Christopher Nelson
                         YULIY OSIPOV (P59486)
                         CHRISTOPHER NELSON (P70034)
                         Osipov Bigelman, P.C.
                         20700 Civic Center Drive, Suite 310
                         Southfield MI, 48076
                         yo@osbig.com, cfn@osbig.com

---

[1] Response or answer must comply with F.R.Civ. P.8(b)(c) and (e)