UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

MARVIN CHONES,
YVONNE CHONES
Debtors.
_____/

CHAPTER 13
CASE NO 07-58941-PJS
JUDGE PHILLIP J SHEFFERLY

### STIPULATION FOR ENTRY OF THE ORDER RESOLVING THE CHAPTER 13 TRUSTEE'S OBJECTION TO THE PLAN MODIFICATION

Debtors, Marvin and Yvonne Chones, by and through their counsel, OSIPOV BIGELMAN, P.C., and Chapter 13 Trustee, Krispen S. Carroll, stipulate for entry of the Order Resolving the Chapter 13 Trustee's Objection to Plan Modification (attached hereto as "Exhibit A").

Approved:

**OSIPOV BIGELMAN, P.C.**

/s/ Christopher F. Nelson
CHRISTOPHER F. NELON (P70034)
Attorney for Debtor
20700 Civic Center Dr, Suite 310
Southfield, MI 48076
Tel: 248.663.1800/Fax: (248-663-1801)
cfn@osbig.com

**CHAPTER 13 TRUSTEE**

/s/
KRISPEN S. CARROLL, TRUSTEE
Office of the Chapter 13 Standing Trustee
719 Griswold
1100 Dime Bldg.
Detroit, MI 48226
(313) 962-5035



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN THE MATTER OF:**

MARVIN CHONES,
YVONNE CHONES
Debtors.

CHAPTER 13
CASE NO 07-58941-PJS
JUDGE PHILLIP J SHEFFERLY

_____/

## ORDER
## RESOLVING THE CHAPTER 13 TRUSTEE'S
## OBJECTION TO THE PLAN MODIFICATION

This matter having come before the Court upon the stipulation between the Debtor, and The Chapter 13 Trustee for entry of the Order Resolving the Chapter 13 Trustee Objections to the Plan Modification; the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the Debtors' plan payments shall be reduced to $336.00 per semi-monthly pay period.

IT IS FURTHER ORDERED that the Class eight general unsecured creditors shall be paid 60% of their duly filed and allowed claims with 0.00% interest per annum.

IT IS FURTHER ORDERED that there will be no adverse impact of the proposed plan modification on classes one, two, three, four, five, six or seven of creditors as the current Plan payment will provide the required dividend to all duly filed claims.

IT IS FURTHER ORDERED that there will be an adverse impact of the proposed plan modification on class eight of creditors as the current Plan payment will reduce the required dividend from 100% to approximately 60% to class eight general unsecured creditors.

# EXHIBIT A